UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

HERMENIA ROSE,
                                Plaintiff,

v.                                             Civil Action No. 3:11-CV-701

MICHAEL J. ASTRUE,
   Commissioner of Social Security,

                                Defendant.

## **FINAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Rose's objections (ECF No. 14) and ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 12) DENYING Rose's Motion for Summary Judgment and Remand (ECF Nos. 6 & 7), GRANTING the Commissioner of Social Security's Motion for Summary Judgment (ECF No. 9), and AFFIRMING the Commissioner's decision denying benefits to Rose.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
United States District Judge

ENTERED this __4th__ day of December, 2012.